### THOMAS, Respondent, v. DAVIS, Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by John E. Thomas against George A. Davis.
Argued before DWIGHT, P. J., and HAIGHT and BRADLEY, JJ.
No opinion.   Judgment and order appealed from affirmed.

### TORREY, Respondent, v. TORREY, Appellant.

(Supreme Court, General Term, Fifth Department.   March 27, 1894.)

Action by Owen Torrey against David Torrey.
Argued before DWIGHT, P. J., and LEWIS, HAIGHT, and BRADLEY, JJ.
No opinion.   Motion to strike case from the calendar, and for affirmance, granted on default, with costs.

### BURBY, Respondent, v. ROOME, Appellant.

(Common Pleas of New York City and County, General Term.   April 2, 1894.)

Action by Sarah J. Burby against William J. Roome.   Motion for reargument, 27 N. Y. Supp. 250.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

PER CURIAM.   The motion fails to comply with Rule 16 of this court Denied, with $10 costs.

### NOLAN, Respondent, v. LEWIS, Appellant.

(Common Pleas of New York City and County, General Term.   April 2, 1894.)

Action by Thomas Nolan against John P. Lewis.
John Habenfeld, for appellant.
Thomas Nolan, Esq., in pro. per.

PER CURIAM.   The plaintiff sued for the value of services rendered by him to the defendant in the capacity of attorney and counselor.   As to the fact of plaintiff's employment by defendant, the record discloses a conflict of evidence with which we have nothing to do.   That the services in question were performed is not disputed, and we find no reason for holding that the sum of $100, as found by the justice to be the reasonable value thereof, is excessive.   No questions of law are presented by the record.   Judgment affirmed, with costs.

### PEOPLE v. KELLY et al.

(Common Pleas of New York City and County, General Term.   April 2, 1894.)

James Kelly and John Von Glahn move to vacate judgment entered on a forfeited recognizance.   See 22 N. Y. Supp. 775.
A. J. Hochstadter, for defendant.